IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Robert Alterisio, | ) | |
| Plaintiff, | ) | C.A. No. 6:23cv5722-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION AND ORDER** |
| TP-Greenville, LLC, d/b/a Twin Peaks; | ) | |
| La Cima Restaurants, LLC; | ) | |
| and La Cima TP, LLC, | ) | |
| Defendants. | ) | |

Defendants TP-Greenville, LLC, d/b/a Twin Peaks, La Cima Restaurants, LLC, and La Cima TP, LLC, are hereby ordered to inform the court of the citizenship of all of their members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004).  Defendants are ordered to respond within ten (10) days of the date of this order.

    **IT IS SO ORDERED.**

    s/Henry M. Herlong, Jr.
    Senior United States District Judge

Greenville, South Carolina
November 28, 2023